UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN NECKLAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>　　　　　Defendant. | C22-198 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' Stipulation for Order Allowing Withdrawal and Substitution of Counsel for Defendant Reliance Standard Life Insurance Company, docket no. 14, is GRANTED.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of June, 2022.

　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　s/Gail Glass
　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1